

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| MARC LOUIS CHAMPOUX, | § | No. 08-23-00120-CR |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | 290th Judicial District Court |
| THE STATE OF TEXAS, | § | Of Bexar County, Texas |
| Appellee. | § | (TC# 2021CR5083) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF AUGUST, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.